**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT BOWLING GREEN**

**DONALD R. IRVIN**
     Plaintiff

**v.**                                                      **No. 1:07CV-00061-J**

**MICHAEL J. ASTRUE**
     Commissioner of Social Security
     Defendant

**ORDER OF REMAND**

The magistrate judge has filed his report, and no objections thereto have been filed.  The magistrate judge's report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, it is hereby ORDERED that this case is REMANDED to the Commissioner of Social Security for calculation and payment of past-due Title II and/or Title XVI benefits based upon the plaintiff's applications for benefits filed on October 13, 2004, and his alleged onset of disability date of March 5, 2004.

The Clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable order, and there is no just cause for delay.